# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIM FARRELL,<br><br>                  Plaintiff,<br><br>vs.<br><br>SGT. T. MILLER, et al.,<br><br>                  Defendants. | Case No. 2:11-cv-00954-PMP-PAL<br><br>**ORDER**<br><br>(Mtn for CM/ECF Access - Dkt. #18) |

This matter is before the court on Plaintiff Tim Farrell's Motion for Leave of Court to Grant Electronic Filing Access to *Pro Se* Litigant (Dkt. #18) filed November 14, 2011. Having reviewed and considered the matter,

**IT IS ORDERED** that Plaintiff's Motion for CM/ECF Access (Dkt. #18) is GRANTED. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

    a.    On or before **December 15, 2011,** Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b.    Plaintiff is not authorized to file electronically until this certification is filed with the Court within the time frame specified.

    c.    Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated this 16th day of November, 2011.

                                                                                PEGGY A. LEEN<br>
                                                                                UNITED STATES MAGISTRATE JUDGE